906

No. 732. MARTIN v. BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted. *Clyde W. Woody* and *Marian S. Rosen* for petitioner. *Crawford C. Martin,* Attorney General of Texas, *Nola White,* First Assistant Attorney General, *Hawthorne Phillips,* Executive Assistant Attorney General, *Robert C. Flowers, Michael E. Stork,* and *Lonny F. Zwiener,* Assistant Attorneys General, and *W. V. Geppert* for respondent.

No. 971. JACKSON v. FILLIBEN. Sup. Ct. Del. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Louis L. Redding, Jack Greenberg, James M. Nabrit III, Michael Meltsner,* and *Melvin Zarr* for petitioner.

No. 1011. O'BRYAN v. CHANDLER, CHIEF JUDGE, U. S. DISTRICT COURT. C. A. 10th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Harvey L. Davis* for petitioner. *Carl L. Shipley* for respondent.

No. 987. ALAMEDA CONSERVATION ASSN. v. CITY OF ALAMEDA ET AL. Ct. App. Cal., 1st App. Dist. Motion to dispense with printing petition granted. Certiorari denied. *Neil Cunningham* for petitioner. *Lawrence D. Becker* and *William H. Orrick, Jr.,* for respondents.

No. 387, Misc. SADLER v. PENNSYLVANIA. C. A. 3d Cir. Certiorari denied. *James D. Crawford* and *Arlen Specter* for respondent.